Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Osman E. SWARTZ, Respondent.

No. 3706.

Circuit Court of Appeals, Fourth Circuit.

Nov. 20, 1934.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key, Lucius A. Buck, and A. F. Prescott, Sp. Assts. to Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, and James H. Yeatman, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Osman E. Swartz, of Charleston, W. Va., pro se.

PER CURIAM.

Decision of Board of Tax Appeals affirmed without opinion.

Judgment filed.

Guy T. HELVERING, Commissioner of Internal Revenue v. VICTORY LIFE INSURANCE COMPANY.

No. 1282.

Circuit Court of Appeals, Tenth Circuit.

May 25, 1935.

Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Ralph T. O'Neil, of Topeka, Kan., for respondent.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Decision of United States Board of Tax Appeals reversed, and cause remanded, with instructions, on stipulation.

HOOSIER MANUFACTURING COMPANY v. NATIONAL LABOR RELATIONS BOARD, United Brotherhood of Carpenters, and Joiners of America, Local No. 1761, Hoosier Employees Association.

No. 5513.

Circuit Court of Appeals, Seventh Circuit.

June 13, 1935.

Albert Stump, of Indianapolis, Ind., for petitioner.

Harold M. Stephens, of Washington, D. C., for respondent.

Before SPARKS and ALSCHULER, Circuit Judges.

PER CURIAM.

Upon the motion of the petitioner, made pursuant to stipulation on file in the above cause, it is ordered by the court that the above cause and the petition therein be, and the same are hereby, dismissed, without prejudice.